CHARLES STEVENS, as Administrator, etc., of MAUDE STEVENS, Deceased, Respondent, v. B. G. ANTUN, INC., Appellant.— Judgment and order unanimously

affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.